# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 22, 2016

## NO. 03-14-00547-CR

**The State of Texas, Appellant**

**v.**

**Bryan Roland Chandler, Appellee**

**APPEAL FROM 22ND DISTRICT COURT OF HAYS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the judgment of conviction signed by the district court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.